UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| OCTAVIO B.T., | Case No. 2:19-cv-10041-JWH-PD |
|---|---|
| Plaintiff, | **ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant.[1] | |

---

[1] Plaintiff's name is partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States. Kilolo Kijakazi, the Acting Commissioner of the Social Security Administration, is hereby substituted in as the Defendant pursuant to Rule 25(d).

1     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, the Report and Recommendation of United States Magistrate Judge (the "Report"), Plaintiff's Objections to the Report, and Defendant's Response to Plaintiff's Objections.

    The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the Report and adopts it as its own findings and conclusions.

    **IT IS SO ORDERED.**

DATED: December 9, 2021

_____
HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE